STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

*E-FILED - 12/11/12*

Counsel for Defendant
NAHUM CHAVEZ MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NAHUM CHAVEZ MARTINEZ ,<br><br>Defendant. | No. CR 12-00633-DLJ<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; [] ORDER |

Plaintiff United States of America, by and through Special Assistant United States Attorney Meredith Edwards, and Defendant NAHUM CHAVEZ MARTINEZ ("Mr. Chavez"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status conference in this case should be continued from December 13, 2012, to January 10, 2013, at 9:00 a.m.

1. Mr. Chavez has been charged in the above captioned case in a single count indictment with a violation of 8 U.S.C. §§ 1326 (a) and (b).

2. A status conference before this Honorable Court has been scheduled for December 13, 2012, at 9:00 a.m.

3. On November 7, 2012, Mr. Chavez was indicted for possession of methamphetamine with the intent to distribute, in violation of 21 U.S.C. § 841 (a)(1). That case, CR 12-796, was assigned to the Honorable United States District Judge Edward J. Davila, and the government is in the process of moving to have the cases related.

4. Mr. Chavez needs more time to review and discuss with counsel the discovery in the recently indicted drug case, and to explore the possibilities of a consolidated disposition in the event that he chooses to change his pleas.

5. Accordingly, Mr. Chavez respectfully requests that the status hearing be continued as requested, and agrees to the exclusion of time from December 13, 2012, to January 10, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A).

5. Accordingly, the parties request that the status hearing be continued from December 13, 2012, to January 10, 2013, at 9:00 a.m.

IT IS SO STIPULATED.

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

/S/

Dated: December 10, 2012

ROBERT M. CARLIN
Assistant Federal Public Defender

UNITED STATES ATTORNEY

/S/

Dated: December 10, 2012

MEREDITH EDWARDS
Special Assistant United States Attorney

STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for NAHUM CHAVEZ MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. NAHUM CHAVEZ MARTINEZ, Defendant. | No. CR 12-00633-DLJ<br>[] ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE |

1. Mr. Chavez has been charged in the above captioned case in a single count indictment with a violation of 8 U.S.C. §§ 1326 (a) and (b).

2. A status conference before this Honorable Court has been scheduled for December 13, 2012, at 9:00 a.m.

3. On November 7, 2012, Mr. Chavez was indicted for possession of methamphetamine with the intent to distribute, in violation of 21 U.S.C. §.841 (a)(1). That case, CR 12-796, was assigned to the Honorable United States District Judge Edward J. Davila, and the government is in the process of moving to have the cases related.

4. Mr. Chavez needs more time to review and discuss with counsel the discovery in the recently indicted drug case, and to explore the possibilities of a consolidated disposition in the event that he chooses to change his pleas.

5. There is good cause for the requested continuance, and the "ends of justice" served by taking such action "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161 (h)(7)(A). Accordingly, the time from December 13, 2012, to January 10, 2013, is excluded pursuant to section § 3161 (h)(7)(A).

5. The status hearing in this matter shall be continued from December 13, 2012, to January 10, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: 12/11/12

HON. D. LOWELL JENSEN
United States District Judge